## CANO ET AL. *v.* PENNSYLVANIA.

No. 538.   Decided December 9, 1957.

*William T. Coleman, Jr.* for appellants.

*Thomas D. McBride,* Attorney General of Pennsylvania, and *Leon Ehrlich,* Deputy Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## KECO INDUSTRIES, INC., ET AL. *v.* CINCINNATI & SUBURBAN BELL TELEPHONE CO.

No. 543.   Decided December 9, 1957.

*Joseph A. Segal* for appellants.

*Carl M. Jacobs, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.